01

02

03

04                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
05                             AT SEATTLE

06  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. MJ 17-381
07          Plaintiff,                  )
                                        )
08          v.                          )
                                        )   DETENTION ORDER
09  DANTE URELL PIGGEE,                 )
                                        )
10          Defendant.                  )
    _____    )

11

12  Offense charged:      Possession of Heroin with Intent to Distribute

13  Date of Detention Hearing:    September 29, 2017.

14          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

15  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

16  that no condition or combination of conditions which defendant can meet will reasonably assure

17  the appearance of defendant as required and the safety of other persons and the community.

18          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

19          1.      Defendant was not interviewed by Pretrial Services, so much of his background

20  information is unknown or unverified.   He has a lengthy criminal record and an escape warrant

21  for failing to report on supervision at the time of arrest.   Defendant does not contest detention.

22          2.      Defendant poses a risk of nonappearance based on lack of verified background

DETENTION ORDER
PAGE -1

01 information, a history of noncompliance while on supervision, alleged attempt to flee and

02 resistance to arrest, and history of failing to appear and/or report.  Defendant poses a risk of

03 danger based on the nature of the offense and criminal history.

04         3.      There does not appear to be any condition or combination of conditions that will

05 reasonably assure the defendant's appearance at future Court hearings while addressing the

06 danger to other persons or the community.

07 It is therefore ORDERED:

08 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

09     General for confinement in a correction facility separate, to the extent practicable, from

10     persons awaiting or serving sentences or being held in custody pending appeal;

11 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

12 3.  On order of the United States or on request of an attorney for the Government, the person

13     in charge of the corrections facility in which defendant is confined shall deliver the

14     defendant to a United States Marshal for the purpose of an appearance in connection with a

15     court proceeding; and

16 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

17     the defendant, to the United States Marshal, and to the United State Probation Services

18     Officer.

19         DATED this 29th day of September, 2017.

20

21                                          _____
                                            Mary Alice Theiler
22                                          United States Magistrate Judge

DETENTION ORDER
PAGE -2