UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DANTE URELL PIGGEE,<br><br>Defendant. | CASE NO. CR17-258RSM<br><br>ORDER SEALING DOCUMENT |

The Motion to Seal Defense Revocation Memorandum, document #114, is GRANTED.

ORDERED this 10th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL