UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DANTE URELL PIGGEE,<br><br>Defendant. | CASE NO. CR17-258RSM<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

This matter comes before the Court on Defendant Piggee's Motion for Sentencing Reduction, Dkt. #119. The Court has reviewed responsive briefing from the Government, Dkt. #120.

Mr. Piggee is in state custody. Last year, the Court revoked supervised release and imposed a 21-month custodial sentence to run consecutively to his 57-month state court sentence, with three years of supervised release. *See* Dkt. #117. He now states that his children will soon be placed in foster care and that his parental rights may be terminated. He asks the Court for "conversion of probation time owed into [electronic home monitoring] &/or quashing of the Federal hold under case # CR00258RSM-001." Dkt. #119 at 2. He cites to no rule or statute as a basis for this request.

ORDER DENYING MOTION TO REDUCE SENTENCE – 1

It is not clear to the Court or the Government how Mr. Piggee believes he is entitled to this relief.  The Government points out that he cannot seek to modify an imposed term of imprisonment under 18 U.S.C. § 3582(c)(1)(A) because he is not in federal custody.  Dkt. #120 at 1 (citing *United States v. Fower*, 30 F.4th 823, 826–27 (9th Cir. 2022); *United States v. Tillisy*, No. CR09-269 MJP, 2022 WL 1719222, at *1 (W.D. Wash. May 27, 2022)).  The Government also argues that the Court already "considered the negative impact that Piggee's incarceration will have on his children and their status with the Department of Children, Youth, and Families" at last year's revocation hearing.  *Id*. at 2.

The Court understands that the termination of parental rights is a serious matter.  However, Mr. Piggee's Motion does not cite any legal authority for his requested relief.  Even if such relief were available, the Government is correct that this issue was already considered by the Court and is insufficient to warrant the requested relief.  Accordingly, having reviewed the Motion, along with the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion for Sentencing Reduction, Dkt. #119, is DENIED.

DATED this 28th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO REDUCE SENTENCE – 2